# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE MILES WILKEY, individually, <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF ORANGE, a Governmental Entity; SANDRA HUTCHENS, ORANGE COUNTY SHERIFF, Individually; STEVEN J. SENTMAN, Chief Probation Officer Individually; and RODNEY S. GRANTHAM, Individually, and DOES 1-25, <br><br> Defendants. | CASE NO. 8:16-cv-1168 CJC (KSx) <br><br> *Assigned to:* <br> *Hon. Cormac J. Carney – Ctrm 9B* <br><br><br> **JUDGMENT** |

1 | The arguments having been presented and fully considered, and in accordance
2 | with the Court's November 9, 2017 Order granting summary judgment in favor of
3 | Defendant County of Orange on Plaintiff Shane Wilkey's operative Third Amended
4 | Complaint,

It is therefore now **ORDERED, ADJUDGED, and DECREED** that judgment is entered in this action as follows:

1. Plaintiff Shane Wilkey shall recover nothing from Defendant County of Orange on Plaintiff's operative Third Amended Complaint, and his claims are dismissed on their merits and with prejudice;

2. Defendant County of Orange shall have judgment in its favor on Plaintiff Shane Wilkey's operative Third Amended Complaint; and

3. Defendant County of Orange shall recover from Plaintiff Shane Wilkey costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

**IT IS SO ORDERED**.

DATED: November 16. 2017

By: _____
**HON. CORMAC J. CARNEY**
United States District Court Judge